IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELAINE L. CHAO,                                    )
Secretary of Labor,                                )
United States Department of Labor,                 )  **01C  5679**
                                                   )
                          Plaintiff,               )  **JUDGE MAROVICH**
                                                   )
              v.                                   )  MAGISTRATE JUDGE ROSEMOND
                                                   )
DISTRICT LODGE 141, INTERNATIONAL                  )
ASSOCIATION OF MACHINISTS AND                      )
AEROSPACE WORKERS OF AMERICA,                      )
AFL-CIO,                                           )  **DOCKETED**
                                                   )
                          Defendant.               )  JUL 24 2001

## COMPLAINT

Elaine L. Chao, Secretary of Labor, by her attorney, Scott R. Lassar, United States Attorney

for the Northern District of Illinois, for her complaint states as follows:

1. Plaintiff brings this action under Title IV of the Labor-Management Reporting and

Disclosure Act of 1959 (Act of September 14, 1959, 73 Stat. 519 et seq., 29 U.S.C.

§ 401, et seq.), hereinafter referred to as the Act.

2. Jurisdiction of this action is conferred upon the Court by section 402(b) of the Act (29

U.S.C. § 482(b)).

3. Defendant is, and at all times relevant to this action has been, an unincorporated

association maintaining its principal office at 50 West Oakton Street, City of Des Plaines, County

of Cook, State of Illinois, within the jurisdiction of this Court.

4. Defendant is, and at all times relevant to this action has been, an intermediate labor organization engaged in an industry affecting commerce within the meaning of sections 3(i), 3(j) and 401(d) of the Act (29 U.S.C. §§ 402(i) , 402(j) and 481(d)).

5. Defendant is, and at all times relevant to this action has been, affiliated with and subordinate to the International Association of Machinists and Aerospace Workers of America, AFL-CIO, hereinafter referred to as the International, an international labor organization engaged in an industry affecting commerce within the meaning of sections 3(i) , 3(j) and 401(a) of the Act (29 U.S.C. §§ 402(i), 402(j) and 481(a)).

6. Defendant, purporting to act pursuant to its Bylaws and the International's Constitution, initiated its election of officers in April 2000, which was subject to the provisions of Title IV of the Act (29 U.S.C. §§ 481, et seq.). The election was concluded as to the Assistant General Chairpersons in June 2001.

7. Article VIII, Section 6(g) of the District Lodge 141 Bylaws require candidates for election to secure the nominations/endorsements of four local lodges within District Lodge 141. The complainant, John A. Aulicino, Jr., and Mike Pruitt, both members in good standing of defendants secured the endorsements of Local Lodges 846, 1044, 1322 and 1725 for the District Lodge 141 offices of Assistant General Chairperson (2 year term) and Assistant General Chairperson (4 year term), respectively.

8. By letter dated June 6, 2000, the Secretary-Treasurer of District Lodge 141 informed the complainant that the nominations/endorsements of Local Lodges 846, 1044 and 1322 were invalid. By letter dated June 12, 2000, addressed to the International President, the complainant protested the decision of the Secretary-Treasurer of District Lodge 141 to disqualify the endorsements to the International President. By letter dated April 25, 2001, the International President upheld the Local

2

Lodge 1044 nomination/endorsement but held that new nominations had to be conducted in Local Lodges 1322 and 846. Having exhausted the remedies available under the union's Constitution and Bylaws and having received a final decision from the International President, the complainant filed a timely complaint with the Secretary of Labor received on May 24, 2001, in accordance with section 402(a)(1) of the Act, 29 U.S.C. § 482(a)(1).

9. Pursuant to section 601 of the Act (29 U.S.C. § 521), and in accordance with section 402(b) of the Act (29 U.S.C. § 482(b)), plaintiff investigated the complaint and as a result of the facts shown by her investigation, found probable cause to believe that violations of Title IV of the Act (29 U.S.C. §§ 481, et seq.) had occurred during the conduct of nominations in District Lodge 141 and had not been remedied at the time of the institution of this action.

10. Defendant, in the conduct of the aforesaid nominations, violated section 401(e) of the Act (29 U.S.C. § 481(e)) in that:

(1) two members in good standing were denied the right to be candidates and to hold office when the nominations/endorsements of two local lodges were improperly invalidated and

(2) members in good standing were denied a reasonable opportunity to vote for or otherwise support the candidate or candidates of their choice when the nominations/endorsements of two local lodges were improperly invalidated.

11. The violations of section 401(e) of the Act (29 U.S.C. § 481(e)), found and alleged above, may have affected the outcome of defendant's nominations for the offices of Assistant General Chairperson (2 year term) and Assistant General Chairperson (4 year term).

WHEREFORE, plaintiff prays for judgment:

3

(a) declaring defendant's April 4, 2000 and April 11, 2000 nominations for the offices of Assistant General Chairperson (2 year term) and Assistant General Chairperson (4 year term) in Local Lodges 1322 and 846 to be true and correct;

(b) directing defendant to conduct an election in accordance with the results of those nominations meetings for the offices of Assistant General Chairperson (2 year term) and Assistant General Chairperson (4 year term) under the supervision of the Secretary;

(c) for the costs of this action; and

(d) for such other relief as may be appropriate.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

SCOTT R. LASSAR
United States Attorney

By: _____
CRAIG A. OSWALD
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-9080

Of Counsel:

HOWARD RADZELY
Acting Solicitor of Labor

JOHN F. DEPENBROCK
Associate Solicitor

DENNIS A. PAQUETTE
Counsel for Litigation

RICHARD J. FIORE
Regional Solicitor

SHARON E. HANLEY
Attorney

4

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS−44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ELAINE L. CHAO, Secretary of Labor, U. S. Department of Labor

## DEFENDANTS

DISTRICT LODGE 141, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS OF AMERICA, AFL-CIO

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___ Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**DOCKETED JUL 24 2001**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Craig A. Oswald
USDOJ/U.S. Attorney Office
219 S. Dearborn Street, 5th Flr.
Chicago, IL 60604 (312) 886-9080

ATTORNEYS (IF KNOWN)

**01C 5679**

JUDGE MAROVICH   MAGISTRATE JUDGE ROSEMOND

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff

[ ] 2 U.S. Government Defendant

[ ] 3 Federal Question (U.S. Government Not a Party)

[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

[ ] 2 Removed from State Court

[ ] 3 Remanded from Appellate Court

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from another district (specify)

[ ] 6 Multidistrict Litigation

[ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**PERSONAL INJURY**
- [ ] 362 Personal Injury — Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

### PRISONER PETITIONS
- [ ] 510 Motions to Vacate Sentence
- **HABEAS CORPUS:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

### FORFEITURE/PENALTY
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS — Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [X] 890 Other Statutory Actions

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

29 U.S.C. § 401 et seq.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
[ ] UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 7/23/01

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____