IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED-E04
03 JAN 14 PM 1:34
U.S. DISTRICT COURT

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, ) ) ) | |
| Plaintiff, ) ) | Case No. 01 C 5679 |
| v. ) ) | Judge Marovich |
| DISTRICT LODGE 141, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS OF AMERICA, AFL-CIO, ) ) ) ) | |
| Defendant. ) | |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, and Defendant, District Lodge 141, International Association of Machinists and Aerospace Workers of America, AFL-CIO, by counsel, move this Court for entry of the attached Judgment certifying that, in accordance with a Stipulation and Order entered by this Court on March 29, 2002, the Department of Labor supervised those aspects of the regularly scheduled election of officers of District Lodge 141 occurring in the summer of 2002 that were required by that Stipulation and Order, and that the names of John Aulicino, Jr., and Michael Pruitt appeared on the ballot and that they were permitted to campaign without interference in the election certified by the District Lodge on September 12, 2002.

Because the Secretary's supervision was limited to the issues authorized by the Stipulation and Order any judgment based hereon shall not limit or otherwise affect any protests which may have been made regarding issues other than matters within the scope of that authority.



In support of this motion, the Plaintiff relies on the attached Certification executed by John H. Heaney, Chief, Division of Enforcement, Office of Labor-Management Standards, Employment Standards Administration, United States Department of Labor.

DATED: December 27, 2002

| | |
|---|---|
| District Lodge 141, International Association of Machinists and Aerospace Workers of America, AFL-CIO, Defendant | PARTICK J. FITZGERALD<br>United States Attorney |
| DAVID L. NEIGUS<br>Associate General Counsel<br>International Association of Machinists, AFL-CIO<br>9000 Machinists Place<br>Upper Marlboro, MD 20772<br>Telephone: (301) 967-4510 | CRAIG A. OSWALD<br>Assistant U.S. Attorney<br><br>EUGENE SCALIA<br>Acting Solicitor of Labor<br>RICHARD J. FIORE<br>Regional Solicitor |
| SUSAN BRANNIGAN<br>Asher, Gittler, Greenfield & D'Alba, Ltd.<br>125 S. Wacker Drive<br>Suite 1100<br>Chicago, IL 60606<br>Telephone (312) 262-1500<br>Attorneys for District Lodge 141, IAM | LEONARD A. GROSSMAN<br><br>Attorneys for Elaine Chao,<br>Secretary of Labor<br>United States Department of<br>Labor, Plaintiff<br><br>P.O. Address:<br>Office of the Solicitor<br>U.S. Department of Labor<br>230 South Dearborn Street,<br>Room. 844<br>Chicago, Illinois 60604<br>Telephone: (312) 353-5709 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, <br> Secretary of Labor <br> U.S. Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT LODGE 141, <br> INTERNATIONAL ASSOCIATION OF <br> MACHINISTS AND AEROSPACE <br> WORKERS OF AMERICAN, AFL-CIO <br><br> Defendant. | Civil Action No. 01C5679 |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the United States Department of Labor, pursuant to a Stipulation of Settlement and Order entered in the United States District Court on March 29, 2002, Northern District of Illinois, Eastern Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates appeared on the ballot and were permitted to campaign without interference in the election certified by the District Lodge on September 12, 2002.

John Aulicino, Jr.      Assistant General Chairman    2 years

Michael Pruitt      Assistant General Chairman    4 years

Signed this 12TH day of November, 2002

*John H. Heaney* (signature)

John H. Heaney
Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, ) ) ) | |
| Plaintiff, ) ) | Case No. 01 C 5679 |
| v. ) ) | Judge Marovich |
| DISTRICT LODGE 141, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS OF AMERICA, AFL-CIO, ) ) ) ) ) | **RECEIVED** JAN 1 4 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| Defendant. ) | |

## JUDGMENT

It appearing to the Court, that an election was conducted in the above captioned matter under the supervision of the Secretary of Labor to the extent required by a Stipulation and Order filed March 29, 2002, in this court, and the court having considered the Certification and being fully advised, it is, upon the motion of the parties, hereby,

**ADJUDGED and DECREED**, pursuant to the Certification filed herein, that those aspects of the election by the Defendant which related to the ability of John Aulicino, Jr. and Michael Pruitt to appear on the ballot and to campaign without interference in the election were conducted in accordance with the terms of that Stipulation and Order.

Because the Secretary's supervision was limited to the issues authorized by the Stipulation and Order nothing contained herein shall limit or otherwise affect any protests which may have been made regarding issues other than matters within the scope of that authority.

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Entered this ____ day of _____, _____.

                                              _____
                                              GEORGE M. MAROVICH
                                              United States District Court Judge