Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 5679 | **DATE** | 2/19/2003 |
| **CASE TITLE** | Chao vs. District Lodge 141, et al. | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Joint motion for entry of final judgment is granted.  Enter judgment order.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | | | Document Number |
|---|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | number of notices | |
| | No notices required. | | | | | |
| | Notices mailed by judge's staff. | | | | FEB 2 0 2003 | |
| | Notified counsel by telephone. | | | | date docketed | 9 |
| ✓ | Docketing to mail notices. | | | | | |
| | Mail AO 450 form. | | | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | | | |
| JD | courtroom deputy's initials | | | | date mailed notice | |
| | | | | | mailing deputy initials | |

U.S. DISTRICT COURT

03 FEB 19 PM 1:00

Date/time received in central Clerk's Office

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELAINE L. CHAO,   Secretary of Labor,        )
United States Department of Labor,           )
                                             )
                        Plaintiff,           )        Case No. 01 C 5679
                                             )
        v.                                   )        Judge Marovich
                                             )
DISTRICT LODGE 141, INTERNATIONAL            )
ASSOCIATION OF MACHINISTS AND AEROSPACE      )
WORKERS OF AMERICA, AFL-CIO,                 )
                                             )        **RECEIVED**
                        Defendant.           )

JAN 1 4 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## JUDGMENT

It appearing to the Court, that an election was conducted in the above captioned matter

under the supervision of the Secretary of Labor to the extent required by a Stipulation and Order

filed March 29, 2002, in this court, and the court having considered the Certification and being

fully advised, it is, upon the motion of the parties, hereby,

**ADJUDGED and DECREED**, pursuant to the Certification filed herein, that those

aspects of the election by the Defendant which related to the ability of John Aulicino, Jr. and

Michael Pruitt to appear on the ballot and to campaign without interference in the election were

conducted in accordance with the terms of that Stipulation and Order.

Because the Secretary's supervision was limited to the issues authorized by the

Stipulation and Order nothing contained herein shall limit or otherwise affect any protests

which may have been made regarding issues other than matters within the scope of that authority.

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Entered this 19 day of February, 2003

GEORGE M. MAROVICH
United States District Court Judge